UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LARRY McADAMS, ET AL

VERSUS                                             CIVIL ACTION

CITIFINANCIAL MORTGAGE COMPANY,                    NO. 06-27-A
INC. OF NEW YORK

# RULING

This matter is before the court on a motion for summary judgment by defendant, Citifinancial Mortgage Company, Inc. of New York (doc. 7). The motion was referred to United States Magistrate Judge Stephen C. Riedlinger for a report and recommendation who recommended that the motion be denied (doc. 75).

Within 10 days of entry of the Magistrate Judge's recommendation, Citifinancial filed a motion "to amend and for reconsideration of [the] December 7th Report and Recommendation" (doc. 77). The Magistrate Judge denied the motion (doc. 80), correctly noting that the proper way to object to a Report and Recommendation is to file objections pursuant to Fed.R.Civ.P. 72(b).

The court, after carefully considering the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated December 6, 2006, to which no proper objection was

filed, hereby approves the Report and Recommendation and adopts it as the court's opinion herein.[1]

Baton Rouge, Louisiana, January 16, 2007.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Insofar as the court is willing to consider Citifinancial's motion "to amend and for reconsideration" to be a mis-captioned Rule 72(b) objection, the court approves and adopts the Magistrate Judge's denial of the motion (doc. 80) as part of this ruling.