UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY MCADAMS AND LISA MCADAMS<br>Plaintiffs,<br>versus<br>CITIFINANCIAL MORTGAGE COMPANY, INC. OF NEW YORK<br>Defendant. | CASE NO. 06-27-JVP-SCR<br><br>SECTION "A"<br><br>JUDGE RALPH E. TYSON<br><br>MAGISTRATE - JUDGE RIEDLINGER |

- CONSOLIDATED WITH -

| | |
|---|---|
| RUSSELL WINFIELD AND JUANITA WINFIELD<br>Plaintiff,<br>versus<br>CITIFINANCIAL MORTGAGE COMPANY, INC. OF NEW YORK<br>Defendant. | CIVIL ACTION NO. 06-0636JVP-DLD<br><br>SECTION "A"<br><br>JUDGE RALPH E. TYSON<br><br>MAGISTRATE - JUDGE RIEDLINGER |

## ORDER

Considering the parties' Joint Agreed Motion to Stay Litigation Following Settlement in Principle and Memorandum in Support thereof, it is:

**ORDERED, ADJUDGED AND DECREED** that the parties' Joint Agreed Motion to Stay Litigation Following Settlement in Principle is granted and the case is stayed until February 23, 2009, including CitiFinancial's response to plaintiffs' motion for class certification.

**THUS DONE AND SIGNED** in Baton Rouge, Louisiana on this _____ day of _____, 2008.

Ralph E. Tyson, Chief Judge